# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LATRICIA LASHAA STOREY, ) | |
| ) | Chapter 13 |
|     Debtor, ) | Docket No. 3:19-bk-02900 |
| ) | |
| ──────────────────────── ) | |
| ) | |
| AMERICAN HOMES 4 RENT, ) | |
| ) | |
|     Movant, ) | |
| vs. ) | |
| ) | |
| LATRICIA LASHAA STOREY and ) | |
| HENRY EDWARD HILDEBRAND, Trustee, ) | |
| ) | |
|     Respondents. ) | |

## NOTICE STRIKING PROOF OF CLAIM

Comes now the Movant, American Homes 4 Rent, by and through its undersigned attorney, and hereby gives notice striking its previously filed proof of claim, which is court claim number 10.

Dated:  February 12, 2020.

                                                        Respectfully submitted,

                                                        **ORTALE KELLEY LAW FIRM**

                                                        /s/ Todd A. Bricker
                                                        Todd A. Bricker (#19747)
                                                        Attorney for Movant
                                                        330 Commerce Street, Suite 110
                                                        Post Office Box 198985
                                                        Nashville, Tennessee 37219-8985
                                                        Telephone:    (615) 256-9999
                                                       Facsimile:    (615) 726-1494
                                                       E-Mail:    tbricker@ortalekelley.com

## CERTIFICATE OF SERVICE

       I hereby certify that on February 13, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Todd A. Bricker
Todd A. Bricker